IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY MILLER, | ) |
| Plaintiff, | ) Case No. CIV-05-467-T |
| | ) |
| vs. | ) |
| | ) |
| BOARD OF COUNTY COMMISSIONERS, et al., | ) |
| | ) |
| Defendants. | ) |

JOURNAL ENTRY OF JUDGMENT

**NOW** on this 28th day of June, 2006, the Plaintiff Timothy Miller, Individually, by counsel and Defendants Board of County Commissioners of Oklahoma County, a political subdivision and John Whetsel, in his individual and official capacity, by and through their attorneys C. Wesley Lane II, District Attorney for the Seventh Prosecutorial District, and John M. Jacobsen, First Assistant District Attorney, and after having reached settlement of the issues at hand, with no liability admitted on behalf of the Defendants, the Court finds that the Board of County Commissioners of Oklahoma County authorized a settlement in the case herein in the amount of Five Hundred Eighty Thousand Dollars and 00/100 ($580,000.00) with a judgment only against Oklahoma County. Said amount shall be the only judgment against the County of Oklahoma County in connection with the above-styled case. This matter is dismissed with prejudice as to Sheriff John Whetsel, in his official and individual capacity as Sheriff of Oklahoma County; Clifford Kinsler, Oklahoma County Detention Center Officer, in his official and individual capacities; Farold Smith, Oklahoma County Detention Center Officer, in his official and individual capacities; Terry Hamilton, Oklahoma County Detention Center

Officer, in her official and individual capacities; John Does Nos. 1-4, Oklahoma County Detention Center Officer, in their Official and individual capacities.

That this Journal Entry of Judgment is a judgment which constitutes all costs, fees, attorney fees, medical expenses of the past, present or future, and any and all expenses incurred, anticipated or expected concerning this matter.

**WHEREFORE, IT IS ORDERD, ADJUDGED AND DECREED** that the Plaintiff Timothy Miller, individually, recover judgment against the Board of County Commissioners of Oklahoma County, in their official capacity, in the sum of Five Hundred Eighty Thousand Dollars and 00/100 ($580,000.00). The County of Oklahoma County is to pay such judgment.

**IT IS SO ORDERED THIS 28th DAY OF JUNE, 2006.**

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE

**APPROVED BY:**

___s/ Timothy Miller_____
(I certify that Timothy Miller signed the
original document, which is available for inspection
at any time by the Court or a party to this action, Michael Velez)
TIMOTHY MILLER, Plaintiff


____s/ Thomas J. Steece_____
(signed copy of document bearing
signature is being maintained in the office
of Filing Attorney)
Thomas J. Steece, OBA #11531

2

6303 North Portland Ave., Ste. 300,
Oklahoma City, OK 73112
ATTORNEY FOR PLAINTIFF



\_\_\_\_\_s/ Mark Brown_____
(signed copy of document bearing
signature is being maintained in the office
of Filing Attorney)
Mark D. Brown, OBA #1214
6303 North Portland Ave., Ste. 300
Oklahoma City, OK  73112
ATTORNEY FOR PLAINTIFF


\_\_\_s/ Margo Brown_____
(signed copy of document bearing
signature is being maintained in the office
of Filing Attorney)
Margo M. Brown, OBA #11771
6303 North Portland Ave., Ste. 300
Oklahoma City, OK 73112
ATTORNEY FOR PLAINTIFF


\_\_\_\_s/ Michael L. Velez\_\_\_\_\_
(signed copy of document bearing
signature is being maintained in the office
of Filing Attorney)
Michael L. Velez, OBA #19963
6303 North Portland Ave., Ste. 300
Oklahoma City, OK 73112
ATTORNEY FOR PLAINTIFF

_____s/ John M. Jacobsen_____
(signed copy of document bearing
signature is being maintained in the office
of Filing Attorney)
JOHN M. JACOBSEN, OBA #11879
First Assistant District Attorney
320 Robert S. Kerr, Room 505
Oklahoma City, Oklahoma   73102
Telephone: (405) 713-1600
Facsimile: (405) 713-7178
ATTORNEY FOR DEFENDANTS

Case 5:05-cv-00467-T    Document 113    Filed 06/28/2006    Page 4 of 4